41 So.2d 420

Lee BUFFALOW v. STATE.

4 Div. 559.

Supreme Court of Alabama.
June 23, 1949.

Rehearing Denied July 15, 1949.

E. C. Boswell and Mulkey & Mulkey, both of Geneva, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

FOSTER, Justice.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and we are of the opinion that the petition is without merit. See Danley v. State, Ala.Sup., 41 So.2d 417.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.